AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of Louisiana

United States of America
v.

ASHTIN URSIN

*Defendant*

)
)
)
)
)
)

Case No.   26- CR-00043-SDD-RLB

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ASHTIN URSIN                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Tapentadol, in violation of 21 U.S.C. § 841(a)(1)

Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i)

Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1)

Date:   04/22/2026

*Issuing officer's signature*

City and state:   Baton Rouge, Louisiana

Scott D. Johnson, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*   4/23/26   , and the person was arrested on *(date)*   4/29/26
at *(city and state)*   Baton Rouge, LA   .

Date:   4/29/26

*Arresting officer's signature*

*Printed name and title*