**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 26-43-SDD-RLB** |
| **ASHTIN URSIN** | |

### ORDER OF TEMPORARY DETENTION

Upon motion of the parties;

**IT IS ORDERED** that the detention hearing is set for **May 6, 2026, at 2:00 p.m.** before United States Magistrate Judge Richard L. Bourgeois, Jr. in Courtroom 6 at 777 Florida Street, Baton Rouge, Louisiana. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Signed in Baton Rouge, Louisiana, on April 29, 2026.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**